IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 10-CR-1350-TUC-JMR |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Ricardo Salazar-Aguilar, ) | |
| Defendant. ) | |

In this case, Magistrate Judge Estrada filed a Report and Recommendation (R&R) on December 8, 2010, recommending dismissal of the indictment against the Defendant (Doc. 31). After a thorough review of the record, the Magistrate Judge's R&R, and a hearing, Magistrate Judge Estrada's R&R is adopted because the underlying burglary was not an aggravated felony and Defendant should not have been placed in expedited removal proceedings.

Accordingly, **IT IS ORDERED**:

Magistrate Judge Estrada's Report and Recommendation (Doc. 31) is **adopted**. The indictment is dismissed. **The Clerk is directed to close the case**.

DATED this 7th day of January, 2011.

_____
John M. Roll
Chief United States District Judge